IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JAN 0 6 2005

JAMES W. McCORMACK, CLERK
By:_____
                        DEP CLERK

GEORGE REKERS
          Plaintiff,

          v.

AMERICAN CIVIL LIBERTIES
UNION, LESLIE COOPER, JAMES
ESSEKS, MATTHEW COLES, ERIC
FERRERO, JOSHUA FREKER,
TRAVIS FOSTER, CYNTHIA
GOLEMBESKI, BETH GEORGE, RITA
SKLAR, GRIF STOCKLEY, ROSIE
O'DONNELL, KATHY L. HALL,
DAVID IVERS, AND EMILY
SNEDDON,

          Defendants.

Civil Action No. **4 -05  CV 0 0 0 0 0 3 0 GTE -**

This case assigned to District Judge _____
and to Magistrate Judge _____

## COMPLAINT

On information and belief, Plaintiff George Rekers alleges that Defendants libeled him
and engaged in an unlawful civil conspiracy.

### Jurisdiction And Venue

1.      This Court has jurisdiction of this action under 28 U.S.C. § 1332 insofar as the

parties are diverse and the amount in controversy is greater than $75,000.00.

2.      Venue is proper in this District under 28 U.S.C. § 1391(b), because Defendants

are residents of, are found within, and have agents within, or transact their affairs in this District

and the unlawful activities of the Defendants giving rise to this action occurred in this District.

### The Parties

3.      Plaintiff George Rekers is a professor of psychiatry at the University of South

Carolina in Columbia, South Carolina.  Plaintiff testified as an expert witness for the State of

DOCUMENT
NUMBER

JAMES W. McCORMACK
CLERK OF COURT

Florida in the case styled *Lofton v. Butterworth* in the United States District Court for the Southern District of Florida (1999). Plaintiff testified regarding the harmful effects of allowing homosexuals to adopt children. Plaintiff further testified as an expert witness for the State of Arkansas in the case styled *Howard v. Child Welfare Agency Review Board* in the Circuit Court of Pulaski County, Arkansas (ongoing). Plaintiff testified regarding the harmful effects of allowing homosexuals to serve as foster parents.

4.    Defendant American Civil Liberties Union ("ACLU") is a non-profit organization headquartered in New York, New York.

5.    Defendants Leslie Cooper, James Esseks, and Matthew Coles are attorneys employed by the ACLU and assisted in the production of "Too High A Price: The Case Against Restricting Gay Parenting," a publication of the ACLU.

6.    Defendants Eric Ferrero, Joshua Freker and Travis Foster wrote "Too High A Price: The Case Against Restricting Gay Parenting" for the ACLU.

7.    Defendants Cynthia Golembeski and Beth George assisted in writing "Too High A Price: The Case Against Restricting Gay Parenting" for the ACLU.

8.    Defendant Rita Sklar is executive director of the Arkansas chapter of the ACLU.

9.    Defendant Grif Stockley is an attorney employed by the Arkansas chapter of the ACLU.

10.    Defendant Rosie O'Donnell is an actress and entertainer. Ms. O'Donnell wrote the introduction to "Too High A Price: The Case Against Restricting Gay Parenting" for the ACLU.

11.    Defendant Kathy L. Hall is an attorney practicing in Little Rock, Arkansas. Ms. Hall previously has represented the ACLU in litigation in Arkansas.

12.     Defendants Donald Ivers and Emily Sneddon are attorneys practicing in Little Rock, Arkansas. Mr. Ivers and Ms. Sneddon currently represent the ACLU in litigation in Arkansas.

### Facts

13.     Over a period of at least three years, various of the Defendants have published or caused to be published false statements concerning Plaintiff.  These false statements were made with actual malice and with intent to harm the reputation of Plaintiff.

14.     Defendants have conspired to portray Plaintiff in a false light so as to further damage his reputation.

15.     Various Defendants have violated the statutes and rules of the State of Arkansas and, in doing so, have caused harm to Plaintiff.

### Claims

### Count One: Libel

16.     Plaintiff repeats and realleges paragraphs 1 through 15 of this Complaint as though fully set forth herein.

17.     Defendants committed the common-law tort of libel.

### Count Two: False Light Invasion of Privacy

18.     Plaintiff repeats and realleges paragraphs 1 through 17 of this Complaint as though fully set forth herein.

19.     Defendants committed the common-law tort of invading Plaintiff's privacy by casting him a false light.


### Count Three: Civil Conspiracy

20.     Plaintiff repeats and realleges paragraphs 1 through 19 of this Complaint as though fully set forth herein.

21.     Defendants engaged in a civil conspiracy to violate state law and, in doing so, caused harm to Plaintiff.


### Prayer for Relief

WHEREFORE, Plaintiff prays that this Court:

I.      Grant Plaintiff final judgment against Defendants for damages in such amount as the Court shall determine plaintiff has suffered from the unlawful activities complained of to the date of final hearing.

II.     Granting such other, further or different relief as to which the Plaintiff may be entitled.


PLAINTIFF REQUESTS A JURY TRIAL.


Respectfully submitted,

By: _____
    Joseph C. Self
    Attorney at Law
    Arkansas Bar No. 82145
    P.O. Box 180158
    Fort Smith, AR 72918
    (479) 649-0050