**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**GEORGE REKERS**                                                                                          **PLAINTIFF**

**V.**                                            **NO. 4:05CV00030 GTE**

**AMERICAN CIVIL LIBERTIES UNION, ET AL**                            **DEFENDANTS**

### O R D E R

The Complaint herein was filed on January 6, 2005. Subsequently, plaintiff was directed to perfect service no later than July 8, 2005. To date, no proof of service has been filed herein.

THEREFORE, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure,

This cause is hereby DISMISSED WITHOUT PREJUDICE for failure to obtain service.

IT IS SO ORDERED this 12th day of July, 2005.

```
        ___/s/Garnett Thomas Eisele___
        UNITED STATES DISTRICT JUDGE
```